Samuel W. Brooks, plaintiff in error, vs. Francis S. Colby, adm'r, &c., defendant in error.

No error for the Court to allow a complainant to rescind an order, to amend the bill, passed on his own application and for his own benefit, the bill having not been amended.

In Equity, from Randolph county. Decision by Judge Kiddoo, November, adjourned Term, 1857.

A bill filed by the administrator of J. M. Colby against

Brooks, as the surviving partner of J. M. Colby & Co., for account and settlement.

On the trial, while the complainant's attorney was reading the bill to the jury, the defendant's attorney called his attention to an order, passed, October Term, 1855, on motion of complainant's counsel, striking out that part of said bill, relative to two specified notes. Complainant's attorney moved to rescind the order, and the defendant's attorney objected; Court allowed the motion, the order was drawn and put upon the minutes, reciting, moreover, that the bill had not really been amended under the first order; defendant excepted and assigns error.

W. C. Perkins, for plaintiff in error.

Tucker & Beall, for defendant in error.

*By the Court.*—McDonald, J. delivering the opinion.

The order to amend the bill which was put on the minutes, and which it was now proposed to rescind, was moved by complainant, and can be considered nothing more than leave to amend. After obtaining the order the complainant did not amend, and the bill of complaint remained as it was.

The order to amend was no amendment, when moved by the party, at whose instance it was granted, for his own benefit, it was not compulsory. The bill was, in fact, not amended. A bill is amended by either striking out or inserting matter, or engrossing the bill anew, adding the new matter, and so marking it as to distinguish it from the original matter. This is the mode of amendment in England. We follow it, except that we seldom engross the bill anew. There was no error allowing the order to amend to be rescinded, although that was not necessary to entitle the complainant to rely on the bill as it stood unamended.

Judgment affirmed.